No. 738. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* NOGUERAS, DEFENDANT AND APPELLANT.—

No. 739. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MAS, DEFENDANT AND APPELLANT.—

No. 744. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MUÑIZ, DEFENDANT AND APPELLANT.—

No. 746. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PÉREZ, DEFENDANT AND APPELLANT.—

No. 747. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RAMOS, DEFENDANT AND APPELLANT.—

No. 748. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MATOS, DEFENDANT AND APPELLANT.—

No. 749. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* CINTRÓN, DEFENDANT AND APPELLANT.—

No. 755. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RIVERA, DEFENDANT AND APPELLANT.—

Appeals from the District Courts of Mayagüez and Ponce in prosecutions for violations of the Election Law. Decided December 23, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The defendants did not appear.